```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JUAN TAVERAS,                           :
                                        :
                    Plaintiff,          :   07 Civ. 3660 (DLC)
                                        :
         -v-                            :   ORDER
                                        :
MICHAEL J. ASTRUE, Commissioner of      :
Social Security,                        :
                    Defendant.          :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   Plaintiff, proceeding pro se, has brought this action pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), seeking review of a denial of disability benefits. Pursuant to a Stipulation and Order signed on November 19, 2007, the Government filed an answer on December 7, 2007. It is hereby

   ORDERED that if the plaintiff or the Government wishes to make a motion, it must be filed no later than **January 25, 2008**. Opposition to any motion shall be filed by **February 22, 2008**. Any reply is to be filed by **March 7, 2008**. When filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

   IT IS FURTHER ORDERED that any motion or opposition to any motion must be accompanied by a supporting memorandum of law

that makes specific citation to the parts of the record on which the party relies.

IT IS FURTHER ORDERED that should the Government make a motion, plaintiff is advised that a failure to respond to the Government's motion can result in the entry of judgment against the plaintiff.

IT IS FURTHER ORDERED that plaintiff, who is appearing pro se, should direct any questions about this case to the Pro Se Office at the address above.

IT IS FURTHER ORDERED that all future correspondence relating to this case shall be sent to the Pro Se Clerk's Office at 500 Pearl Street, Room 230, New York, NY 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:   New York, New York
         December 11, 2007

                                    _____
                                            DENISE COTE
                                    United States District Judge

**COPIES SENT TO:**

Juan Taveras
507 West 184th St. #21
New York, NY 10033

John E. Gura
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007