USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

February 22, 2008

**MEMO ENDORSED**

By Hand

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

RECEIVED
FEB 25 2008
CHAMBERS OF
DENISE COTE

Re: Juan Tavera v. Astrue
    07 Civ. 3660 (DLC)

Dear Judge Cote:

This Office represents the Commissioner of Social Security, defendant in this action. We write respectfully to advise the Court of the status of this matter and to request an adjournment of the briefing schedule.

Under the Court's current schedule, defendant's motion was due by February 22, 2008, plaintiff's cross-motion or opposition was due by March 21, 2008, and defendant's reply, if any, was due by April 4, 2008. As we advised the Court earlier, this Office had asked the agency to reconsider its position in this litigation. After further review of the matter, the agency wishes to seek a voluntary remand of this case. To that end, we recently wrote to plaintiff and offered him a remand of this case to conduct further proceedings, and enclosed a proposed stipulation to that effect. Plaintiff, who is proceeding pro se, has not yet advised this Office whether he will accept the Government's offer of remand. To allow time for plaintiff to consider the Commissioner's offer, we respectfully request the Court adopt the following proposed briefing schedule:

The Government will move for a remand by March 21, 2008;

Plaintiff will respond to the Government's motion by April 18, 2008;

The Government will serve a reply, if any, on or before April 30, 2008.

Granted.
/s/ Denise Cote
February 25, 2008

One previous request for an adjournment of the briefing schedule was granted in this case. Personnel in this Office attempted several times over the past week to reach plaintiff to seek his consent to this adjournment, but they were unsuccessful in their efforts. We thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
Telephone: (212) 637-2712
Fax: (212) 637-2750

cc: Juan Tavera
    (By Mail)

**COPIES SENT TO:**

Juan Taveras
507 West 184th St. #21
New York, NY 10033

John E. Gura
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007