**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JUAN TAVERA,

                Plaintiff,

      -against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.
-------------------------------------------------------------X

07 **CIVIL** 3660 (DLC)

**JUDGMENT**



**SCANNED**

    Defendant having moved to remand the action to the Social Security Administration pursuant to sentence four of 42 U.S.C. 405(g), and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on May 8, 2008, having rendered its Opinion and Order granting the Commissioner's motion to remand pursuant to sentence four of 42 U.S.C. 405(g), it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 8, 2008, the Commissioner's Motion to remand pursuant to sentence four of 42 U.S.C. 405(g) is granted; accordingly, the case is closed.

**Dated:** New York, New York
          May 9, 2008

                          **J. MICHAEL McMAHON**
                                 Clerk of Court
            BY:
                                 **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____